United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-15947-amc
Darryl Lee                                                                  Chapter 13
Tanya M Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1             Date Rcvd: Oct 03, 2017
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db/jdb        +Darryl Lee,   Tanya M Lee,   1225 S 53rd Street,   Philadelphia, PA 19143-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              SEAN P. MAYS    on behalf of Joint Debtor Tanya M Lee sean@maysfirm.com
              SEAN P. MAYS    on behalf of Debtor Darryl  Lee sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        : CHAPTER 13
                                              :
Darryl Lee                                    : CASE NO. 17-15947
Tanya M Lee

**<u>ORDER GRANTING EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS</u>**

AND NOW, this  3rd  day of  October  , 2017, upon consideration of
the within Application for Extension of Time to File Schedules and Statements, it is hereby
OREDERED and DECREED that said Application is hereby GRANTED, and the date by which
Debtor must file schedules and statements is extended to October 9, 2017.  No further
extensions will be granted.

BY THE COURT:

_____

Ashely M. Chan, U.S. Bankruptcy Judge

Copies to:

Sean P. Mays
65 W. Street Road, Suite B102
Warminster, PA 18974
*Attorney for Debtor*
***VIA ECF Notification***

William C. Miller, Esq.
Chapter 13 Trustee
***VIA ECF Notification***

Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
***VIA ECF Notification***

Darryl Lee
Tanya M Lee
1225 S 53rd Street
Philadelphia, PA 19143
*Debtors*