# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15947-AMC

DARRYL LEE
TANYA M LEE
1225 S. 53RD STREET

PHILADELPHIA, PA 19143

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DARRYL LEE
    TANYA M LEE
    1225 S. 53RD STREET

    PHILADELPHIA, PA 19143

**Counsel for debtor(s), by electronic notice only.**
    SEAN P. MAYS
    THE MAYS LAW FIRM PC
    65 W. STREET ROAD STE B102
    WARMINSTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 11/29/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee