**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Darryl Lee | : |
| Tawnya M. Lee, | : |
| Debtors | : Bky. No.    17-15947 |

# **NOTICE**

TO THE DEBTOR, CREDITORS AND PARTIES IN INTEREST, NOTICE IS HEREBY GIVEN:

The Mays Law Firm PC, counsel for Debtor, has filed an Application for Counsel Fees on May 6, 2019, seeking an award in the amount of $3,500.00. Copies of the foregoing documents are on file and may be review at:

The Clerk's Office
United States Bankruptcy Court
900 Market Street
Philadelphia, PA 19106

Any creditor or party-in-interest may file an answer, objection or other responsive pleading or request a hearing, stating the reasons why a hearing is necessary with the Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106, and serve a copy on counsel for Debtor, whose name and address appear below, on or before twenty (20) days after receiving this notice.

In the absence of any answer, objection, other responsive pleading or request for a hearing, debtor's counsel may file a certification of no objection and the Court may enter such relief as is requested.

Date:   May 6, 2019
/s/ Sean P. Mays
**The Mays Law Firm PC**
65 W. Street Road, Suite B102
Warminster, PA 18974
(215) 792-4321