IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| Darryl Lee | : |
| Tawnya M. Lee, | : |
| Debtors | : Bky. No.   17-15947 |

**ORDER**

AND NOW, this  11th  day of  June,  2019, upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $3,500.00 as fees for services rendered in connection with the above-referenced case, $690.00 having been paid by the Debtor in advance of filing and $2,810.00 payable by the Chapter 13 Trustee with funds paid by the Debtor to the extent that funds are available in accordance with the confirmed Chapter 13 Plan.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE