United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15947-amc
Darryl Lee                                                            Chapter 13
Tanya M Lee
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith           Page 1 of 1         Date Rcvd: Jun 11, 2019
                        Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db/jdb        +Darryl Lee,    Tanya M Lee,   1225 S 53rd Street,    Philadelphia, PA 19143-4815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:34      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
     MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
     SEAN P. MAYS    on behalf of Joint Debtor Tanya M Lee sean@maysfirm.com
     SEAN P. MAYS    on behalf of Debtor Darryl  Lee sean@maysfirm.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Darryl Lee
Tawnya M. Lee,
      Debtors : Bky. No.   17-15947

## ORDER

AND NOW, this 11th day of June, 2019, upon application of counsel for an award of compensation and reimbursement of actual, necessary expenses, it is hereby ORDERED that counsel is allowed $3,500.00 as fees for services rendered in connection with the above-referenced case, $690.00 having been paid by the Debtor in advance of filing and $2,810.00 payable by the Chapter 13 Trustee with funds paid by the Debtor to the extent that funds are available in accordance with the confirmed Chapter 13 Plan.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE