Certificate Number: 16339-PAE-DE-036947434

Bankruptcy Case Number: 17-15947



16339-PAE-DE-036947434

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2022, at 11:14 o'clock AM EDT, Darryl Lee completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 2, 2022      By:   /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor