United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15947-amc |
| Darryl Lee | Chapter 13 |
| Tanya M Lee | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl Lee, Tanya M Lee, 1225 S 53rd Street, Philadelphia, PA 19143-4815 |
| 14055033 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13983446 | + | JPMORGAN CHASE BANK, N.A., c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14409895 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13977557 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 13977560 | + | The Mays Law Firm PC, 65 W. Street Rd., Suite B102, Warminster, PA 18974-3216 |
| 13977561 | + | UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14055269 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2022 00:06:47 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13977549 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2022 00:06:46 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13977548 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2022 00:06:36 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13977551 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2022 00:06:41 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13977552 | + | Email/PDF: DellBKNotifications@resurgent.com | Nov 05 2022 00:06:42 | Dell Fin Svcs L.l.c, 1 Dell Way, Round Rock, TX 78682-7000 |
| 13980392 | | Email/Text: mrdiscen@discover.com | Nov 05 2022 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13977553 | + | Email/Text: mrdiscen@discover.com | Nov 05 2022 00:07:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13981877 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 05 2022 00:07:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 13977554 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 05 2022 00:07:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 13977555 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 05 2022 00:07:00 | Hyundai Capital Americ, 10550 Talbert Av, Fountain Valley, CA 92708-6032 |
| 14007118 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Nov 05 2022 00:07:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14037203 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 05 2022 00:06:41 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13977550 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 05 2022 00:06:41 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14054132 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2022 00:06:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14053849 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2022 00:06:42 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14054663 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2022 00:06:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13977556 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2022 00:06:42 | Merrick Bank, Pob 9201, Old Bethpage, NY 11804-9001 |
| 14012822 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 05 2022 00:06:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13978054 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 05 2022 00:06:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14052874 | | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2022 00:07:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14052873 | | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2022 00:07:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13977558 | + | Email/Text: clientservices@simonsagency.com | Nov 05 2022 00:07:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 13977559 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2022 00:06:47 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 13977562 | ^ | MEBN | Nov 05 2022 00:02:51 | Velocity Investments, LLC, PO Box 788, Wall, NJ 07719-0788 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 138OBJ | Total Noticed: 33 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

**Name**  **Email Address**

KENNETH E. WEST
              ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
              on behalf of Creditor JPMORGAN CHASE BANK  N.A. pa-bk@logs.com

MATTEO SAMUEL WEINER
              on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com

SEAN P. MAYS
              on behalf of Joint Debtor Tanya M Lee sean@maysfirm.com

SEAN P. MAYS
              on behalf of Debtor Darryl Lee sean@maysfirm.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Darryl Lee and Tanya M Lee

      Debtor(s)

Case No: 17−15947−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
               Suite 400
           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/4/22